**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Jacinto Mauricio Onfore Aguirre**<br>**Petitioner** | **Civ. Case No.  25-cv-1036 JAG** |
| **Vs.** | |
| **Warden MDC Guaynabo**<br>**Respondent** | |

**INFORMATIVE MOTION AND FOR STAY OF PROCEEDINGS**

**TO THE HONORABLE COURT:**

**NOW COMES, PETITIONER**, through the undersigned attorneys, and very respectfully state, allege and pray:

1.  On July 9, 2025 the undersigned received information that the First Step Act credits that are the sole basis for the claim under the caption have been recredited to the defendant.

2.  The undersigned was able to verify in the Bureau of Prisons website that defendant's date of release has been reinstated to November 26, 2025.

3.  Given that it is most likely that the plaintiff's claims have become moot under the statute under which relief is sought; the undersigned will meet with him as soon as practicable to obtain authorization to voluntarily dismiss this case due to mootness.

**WHEREFORE, IT IS REQUESTED** that the Court take notice of the above, and that proceedings in this case be stayed for the next 30 days to allow the undersigned to meet with the plaintiff and obtain authorization for voluntary dismissal.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 9, 2025.

**IT IS HEREBY CERTIFIED:**  that on this date the undersigned attorney was filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

100 Plaza Pradera SC Ste. 20 PMB 130
Toa Baja, PR 00949
Tel. 787-647-6632

**S/ Julio C Alejandro S**

**JULIO CESAR ALEJANDO SERRANO**
**USDC-PR 216602**
alejandroj.abogadopr@gmail.com

F:\My Drive\Cases & Clients\CJA\CJA 121 Jacinto Mauricio Onofre Aguirre 25-1036 70034-018\Amended Complaint.docx

2