## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Jacinto Mauricio Onfore Aguirre**<br>**Petitioner** | **Civ. Case No.  25-cv-1036 JAG** |
| **Vs.** | |
| **Warden MDC Guaynabo**<br>**Respondent** | |

### NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

**NOW COMES, PETITIONER**, through the undersigned attorneys, and very respectfully state, allege and pray:

1. The sole cause of action in this case 28 USC §2441 refers to the recalculation of plaintiff's sentence and the removal of First Step Act Earned Time Credits under 18 USC §3632(d)(4).  The Bureau of Prisons had removed the credits holding that a final order of removal was issued against the plaintiff which disallowed the crediting under 18 USC §3632(d)(4)(E)(i).

2. On July 9, 2025 the undersigned received information that the First Step Act credits that are the sole basis for the claim under the caption have been recredited to the defendant.  This information is available for review.

3. The undersigned was able to verify in the Bureau of Prisons website that plaintiff's date of release has been reinstated to November 26, 2025.

4. The plaintiff was consulted and authorized the voluntary dismissal of the amended complaint and for entry of final judgment dismissing the case without prejudice.

5. The amended complaint has not been answered.

6. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. of Civil Procedure the plaintiff hereby dismisses the instant case without prejudice.

**WHEREFORE, IT IS REQUESTED** that the Court take notice of the above, and that it dismiss the instant case without prejudice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 17, 2025.

**IT IS HEREBY CERTIFIED:** that on this date the undersigned attorney was filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

100 Plaza Pradera SC Ste. 20 PMB 130
Toa Baja, PR 00949
Tel. 787-647-6632

**S/ Julio C Alejandro S**

**JULIO CESAR ALEJANDO SERRANO**
**USDC-PR 216602**
alejandroj.abogadopr@gmail.com

F:\My Drive\Cases & Clients\CJA\CJA 121 Jacinto Mauricio Onofre Aguirre 25-1036 70034-018\Amended Complaint.docx